IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 01-11247
Conference Calendar

—————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR SANDOVAL CONTRERAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:95-CR-12-5-C
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Victor
Sandoval Contreras has filed a motion for leave to withdraw and
has filed a brief as required by Anders v. California, 386 U.S.
738 (1967).  Contreras has not filed a response.  Our independent
review of the brief and the record discloses no nonfrivolous
issue in this direct appeal.  Accordingly, the motion for leave
to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See
5TH CIR. R. 42.2.

---

      * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.